# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. RONALD HILL, CRIM. NO. 21-271**

## PETITION FOR WRIT OF HABEAS CORPUS

1. RONALD HILL, DOB: 12/26/1991, SBI: 681605D, is now confined to Hudson County Jail in Kearny, New Jersey.

2. RONALD HILL, DOB: 12/26/1991, SBI: 681605D, will be required to appear via zoom video conference on **Monday, September 13, 2021, at 2:00 p.m.** for an arraignment via video conference before the Honorable Brian R. Martinotti, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose. DATED: September 9, 2021
Newark, NJ

_____
Sophie E. Reiter, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: September 9, 2021

_____
Honorable Brian R. Martinotti U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Hudson County Jail WE COMMAND YOU that you have the body of

RONALD HILL, DOB: 12/26/1991, SBI: 681605D

now confined at the Hudson County Jail, be brought to the United States District Court via video conference, on Monday, September 13, 2021, at 2:00 p.m., for an arraignment before the the Honorable Brian R. Martinotti United States District Judge.

WITNESS the Honorable Brian R. Martinotti
United States District Judge Newark, New Jersey

DATED: September 9, 2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Lissette Rodriguez_
Deputy Clerk