## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**U.S. v. RONALD HILL, CRIM. NO. 21-271**

### PETITION FOR
### WRIT OF HABEAS CORPUS

1. RONALD HILL, DOB: 12/26/1991, SBI: 681605D, is now confined to Hudson County Jail in Kearny, New Jersey.

2. RONALD HILL, DOB: 12/26/1991, SBI: 681605D, will be required to appear via zoom video conference on **Tuesday, September 14, 2021, at 11:00 a.m.** for an arraignment via video conference before the Honorable Brian R. Martinotti, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose. DATED:   Sept.  13  2021
           Newark, NJ

_____
Sophie E. Reiter, Assistant U.S. Attorney
Petitioner

### ORDER

Let the Writ Issue.

DATED:  September 13, 2021

_____
Honorable Brian R. Martinotti U.S.D.J.

### WRIT OF HABEAS CORPUS

The United States of America to Warden of Hudson County Jail WE COMMAND YOU that you have the body of

RONALD HILL, DOB: 12/26/1991, SBI: 681605D

now confined at the Hudson County Jail, be brought to the United States District Court via video conference, on Tuesday, September 14, 2021, at 11:00 a.m., for an arraignment before the the Honorable Brian R. Martinotti United States District Judge.

   WITNESS the Honorable  Brian R. Martinotti
   United States District Judge Newark, New Jersey

DATED:  September 13, 2021         WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                          Per:  _Lissette Rodriguez_____
                                    Deputy Clerk